UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-30-12
```

UNITED STATES OF AMERICA,

-v-

VITALY BORKER,

                Defendant.

No. 10 Cr. 1266 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT Defendant's sentencing in the above-captioned matter, currently scheduled for Thursday, September 6, 2012 at 3:00 p.m. is rescheduled for Thursday, September 6, 2012 at 10:30 a.m.

SO ORDERED.

Dated:      August 30, 2012
              New York, New York

                                          RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE