UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-12
```

UNITED STATES OF AMERICA,

-v-

VITALY BORKER,

Defendant.

No. 10 Cr. 1266 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

WHEREAS, on May 13, 2011, VITALY BORKER, the defendant, pleaded guilty to making threats in interstate communication, mail fraud, and wire fraud, in violation of Title 18 United States Code, Sections 875(c), 1341, and 1349 respectively; and

WHEREAS, on September 6, 2012, VITALY BORKER, the defendant, was sentenced, inter alia, to forty-eight months imprisonment;

WHEREAS, as part of that sentence, VITALY BORKER, the defendant, was ordered to pay restitution in the amount of $ 46,146.23 and in a manner to be determined by the Court;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that VITALY BORKER, the defendant, pursuant to Title 18, United States Code, Sections 3663A(a)(1), 3663A(c)(1)(A)(ii), 3664(f)(1)(A), and 3664(f)(1) shall pay restitution to each of the victims identified in Exhibit A in the amount set forth in that exhibit.

IT IS FURTHER ORDERED that all payments from the defendant's assets shall be distributed pro rata, based on the proportion of each victim's loss to the total losses incurred by victims identified in Exhibit A.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victims of the offense in this case.

SO ORDERED.

Dated:	September 10, 2012
	New York, New York

	_____
	RICHARD J. SULLIVAN
	UNITED STATES DISTRICT JUDGE

## EXHIBIT A
### (Restitution Schedule)

United States v. Vitaly Borker, 10 Cr. 1266 (RJS)

|    | VICTIM | LOSS AMOUNT |
|----|--------|-------------|
| 1  | Marilyn Cindy Adler | $ 232.44 |
| 2  | Vivian Afshari | $ 326.00 |
| 4  | Leslie Anthony | $ 300.00 |
| 5  | Horacio Artiga | $ 179.99 |
| 6  | Donald Austen | $ 575.00 |
| 7  | Marisol Bartosik | $ 140.00 |
| 8  | Shoshana Bauminger | $ 143.00 |
| 9  | Ibrahim Ugur Baygin | $ 393.00 |
| 12 | Stephanie Blaney | $ 254.00 |
| 13 | Dawna Boo-Tate | $ 150.00 |
| 14 | Jennifer Braun | $ 300.00 |
| 15 | Sue Breen | $ 139.00 |
| 17 | Jarina Brittle | $ 260.00 |
| 18 | Jenna Brittle | $ 260.89 |
| 19 | Harvey Brown | $ 110.00 |
| 20 | Carol Bruckner | $ 669.00 |
| 21 | James Butler | $ 184.94 |
| 22 | Lea C. | $ 156.00 |
| 23 | Anne Carrasco | $ 166.56 |
| 24 | Roger Carter | $ 160.00 |
| 25 | Betty Cheung | $ 29.00 |
| 26 | Charles Chitchjian | $ 98.00 |
| 28 | Ocie Clanton | $ 299.00 |
| 29 | Toni Clyne | $ 225.00 |
| 30 | Elsa Colon | $ 250.00 |
| 32 | Kitty Contreras | $ 300.00 |
| 33 | Gabriel Cook | $ 265.00 |
| 34 | David Cooper | $ 123.00 |
| 36 | Amanda Corry | $ 350.84 |
| 37 | Elizabeth Covarrubias | $ 175.00 |
| 39 | Cassandra Crone | $ 767.00 |
| 40 | Myla Cruzado-Cawa | $ 283.55 |
| 42 | Thomas Davis | $ 186.99 |
| 43 | Andrea De Pablo | $ 274.25 |
| 44 | Danielle De Simone | $ 130.90 |
| 45 | Jeffrey DeGroot | $ 100.00 |

| | | | |
|---|---|---|---:|
| 46 | Kimberly Dennis | $ | 144.93 |
| 47 | Patricia Diaz | $ | 149.00 |
| 50 | Suzanne Dougherty | $ | 236.00 |
| 51 | Karen Dyer | $ | 109.99 |
| 52 | S Eckman | $ | 317.89 |
| 53 | Chrislaine Edouard | $ | 232.50 |
| 54 | Victor Eisenberg | $ | 418.63 |
| 55 | Tim Elder | $ | 33.00 |
| 56 | Danielle Evans | $ | 400.00 |
| 57 | Pebbles Evans | $ | 32.29 |
| 59 | James Fant | $ | 439.00 |
| 60 | Temitope Fawibe | $ | 80.00 |
| 61 | Rita Figueiredo | $ | 227.94 |
| 63 | Temre Fischer | $ | 235.00 |
| 64 | Jacqueline Flemmings | $ | 129.99 |
| 65 | Rebeka Fluet | $ | 165.00 |
| 66 | Yvette Francis-Gloade | $ | 159.00 |
| 67 | Greg Freeman | $ | 300.00 |
| 68 | Janet Gaby | $ | 39.95 |
| 70 | Yuriy & Tatyana Ganzman | $ | 194.99 |
| 71 | Maribel Garcia | $ | 44.14 |
| 72 | Mary Garrett | $ | 14.00 |
| 73 | Gary Geller | $ | 169.99 |
| 74 | Mary Gibson | $ | 130.21 |
| 77 | Ovimael Gonzalez | $ | 153.00 |
| 78 | Kelsey Govotski | $ | 413.00 |
| 79 | Danny Grey | $ | 174.00 |
| 80 | Krista Guerrero | $ | 189.99 |
| 82 | Kathleen Hall | $ | 569.93 |
| 83 | Lea Ann Harper | $ | 250.00 |
| 84 | Ronald Harrell | $ | 222.89 |
| 85 | Jo Ann Hawley | $ | 340.00 |
| 86 | Cynthia Hayford | $ | 255.99 |
| 87 | Louise Heiniger | $ | 248.00 |
| 88 | Kim Heitmann | $ | 65.00 |
| 90 | Harry Henry Jr. | $ | 14.00 |
| 91 | Amelia Herb | $ | 330.88 |
| 92 | Paula Herod | $ | 120.00 |
| 93 | Leah Hilliard | $ | 55.00 |
| 94 | Patty Hocker | $ | 39.98 |
| 95 | Stacy Hocking | $ | 339.98 |
| 96 | Mark Holman | $ | 35.00 |
| 97 | Geoffrey Hopkins | $ | 200.00 |

| | | | |
|---|---|---|---:|
| 98 | Gail Hosozawa | $ | 552.58 |
| 100 | Jean Huguet | $ | 193.95 |
| 101 | Jean Carlo Huguet | $ | 209.00 |
| 102 | Pauline Hung | $ | 155.00 |
| 103 | Rita-Renee Hunter | $ | 79.88 |
| 104 | Carla Huntly | $ | 178.00 |
| 105 | Franklin Hwang | $ | 187.33 |
| 106 | Nanci Iannone | $ | 110.69 |
| 107 | Emma Jackson | $ | 67.99 |
| 108 | Suzanne Joe | $ | 240.00 |
| 109 | Kirsten Johnson | $ | 345.00 |
| 110 | Tamara Johnson | $ | 151.00 |
| 111 | Marlin Jones | $ | 247.95 |
| 112 | Gary Junot | $ | 150.00 |
| 114 | Robert Kaminer | $ | 50.00 |
| 117 | Sandra Kieras | $ | 200.00 |
| 118 | Evija Kiger | $ | 250.00 |
| 119 | Kelly Kim | $ | 17.25 |
| 120 | Nancy L Klein | $ | 295.00 |
| 121 | John Knight | $ | 265.00 |
| 122 | Sanjivan Kohli | $ | 224.99 |
| 123 | Marina Krioutchkova | $ | 25.00 |
| 124 | Jason Kroselj | $ | 300.00 |
| 125 | Melissa Kross | $ | 200.00 |
| 126 | Ewa Kwiatkowska-Lad | $ | 172.00 |
| 127 | Laura Lancaster | $ | 54.13 |
| 128 | Sara Lauch | $ | 314.00 |
| 129 | Alexis Leclerc | $ | 226.23 |
| 132 | Kendra Lizarraga | $ | 270.00 |
| 136 | Stephen Lukowski | $ | 120.00 |
| 137 | Karen Macera | $ | 410.00 |
| 138 | Helen Macey | $ | 300.00 |
| 139 | Abigail Martinez | $ | 476.97 |
| 140 | Andreas Mastorakis | $ | 87.00 |
| 141 | Michael Matheou | $ | 60.17 |
| 143 | Stephanie Medina | $ | 299.99 |
| 144 | Fred Mingel | $ | 800.00 |
| 145 | Grant Mitman | $ | 50.00 |
| 146 | Daniel Moesta | $ | 195.84 |
| 148 | Jesse Morgan | $ | 1,000.00 |
| 149 | Philip Nathan | $ | 347.89 |
| 150 | Maria Navarro | $ | 142.00 |
| 151 | Thomas and Karen Nelson | $ | 82.00 |

| | | | |
|---|---|---|---:|
| 153 | Phong Nguyen | $ | 445.98 |
| 154 | Mike Norman | $ | 262.90 |
| 156 | Mary Oldham | $ | 50.00 |
| 157 | Betahne Onweller | $ | 269.99 |
| 158 | Kevin Orth | $ | 582.50 |
| 159 | Alexander Ortiz | $ | 125.00 |
| 160 | Olivia Owens | $ | 607.66 |
| 161 | Judith Palmire | $ | 30.00 |
| 162 | Malgorzata Paradowska | $ | 201.94 |
| 163 | Carla Parola-Peebler | $ | 342.89 |
| 164 | Jeffrey Pavelcsyk | $ | 390.00 |
| 166 | Vikki Petraitis | $ | 404.00 |
| 167 | Melody Pidwerbesky | $ | 185.00 |
| 168 | Carlos Pinheiro | $ | 280.00 |
| 169 | Phillip Pooler | $ | 328.00 |
| 170 | Lukas Pribramsky | $ | 85.02 |
| 171 | Dayna Price | $ | 222.89 |
| 172 | Melangelo Prince | $ | 60.00 |
| 173 | Jake Rattray | $ | 125.00 |
| 174 | Angela Redmon | $ | 247.89 |
| 175 | Melissa Reed | $ | 30.00 |
| 176 | Ralph Ricciardi | $ | 401.99 |
| 177 | Kyle Riggs | $ | 250.00 |
| 178 | Mustafa Rizvi | $ | 200.00 |
| 179 | Frank Robin | $ | 789.78 |
| 180 | Sylvester Rochea | $ | 57.00 |
| 181 | Odette Rogers | $ | 55.00 |
| 183 | Marilyn Rontell | $ | 242.00 |
| 184 | David Roshwald | $ | 119.97 |
| 185 | Whitney Salazar | $ | 340.00 |
| 186 | Carla Sanchez | $ | 68.00 |
| 187 | Gina Sansone | $ | 315.00 |
| 188 | Christine Schaefer | $ | 62.00 |
| 190 | Marie Seguin | $ | 230.00 |
| 191 | Megan Selig | $ | 350.00 |
| 192 | Renee Sesto | $ | 430.00 |
| 193 | Dean Shaw | $ | 283.00 |
| 197 | Barbara Sierra | $ | 137.89 |
| 198 | Danit Simon | $ | 668.00 |
| 199 | Barbara Simoni | $ | 125.00 |
| 200 | Shonnett Sisco | $ | 50.00 |
| 201 | Chi K Sit | $ | 270.00 |
| 202 | John Small | $ | 432.93 |

| 203 | Michael Smedley | $ | 265.92 |
|---|---|---|---|
| 204 | Anna Smith | $ | 300.00 |
| 205 | Dave Smith | $ | 200.00 |
| 206 | David Smith | $ | 247.94 |
| 208 | Paul Solko | $ | 300.00 |
| 209 | Adrian Soriano | $ | 325.09 |
| 210 | Alejandro Soto | $ | 251.00 |
| 212 | Stephanie Squires | $ | 294.99 |
| 213 | David St. John | $ | 197.94 |
| 214 | Elizabeth Stearns | $ | 384.00 |
| 215 | Tania Stoutmire | $ | 840.00 |
| 216 | Jon-Vincent Sumabat | $ | 249.99 |
| 217 | Latasha Taylor | $ | 315.00 |
| 218 | Rochelle Taylor | $ | 324.42 |
| 220 | Annie Thai | $ | 152.60 |
| 221 | Nicole Thakrar | $ | 37.00 |
| 222 | Aguedo Torres | $ | 120.00 |
| 223 | Sandra Trevino | $ | 102.00 |
| 224 | Tamara Tyler | $ | 259.00 |
| 226 | Abigail Villodas | $ | 189.99 |
| 227 | Joanne Vuong | $ | 224.99 |
| 228 | Jade Warner | $ | 130.00 |
| 231 | Daniel Wilson | $ | 301.00 |
| 232 | Victoria Wiltshire | $ | 470.00 |
| 233 | Shannon Woods | $ | 450.00 |
| 235 | Beom Yeo | $ | 179.99 |
| 237 | Eric Zimmel | $ | 397.89 |